# EXHIBIT A



# SAFE HOME SECURITY, INC.

**Authorized Dealer GE Security Pro**

55 Sebethe Dr, Cromwell, CT 06416 Tel 1-800-833-3211
**AGREEMENT FOR MONITORING AND INSTALLATION OF SECURITY SYSTEMS**

SHS
SAFE HOME SECURITY

1. This agreement is entered into this __26__ day of __Sept__ 20__14__, between **SAFE HOME SECURITY, INC.** hereinafter referred to as "Company" and __Maria Carty__ (Name 1) or _____ (Name 2)     __273160__

Address: ████████████████████████████████████████

2. **SERVICE AND EQUIPMENT:** Company agrees to provide and client agrees to pay for service and/or equipment as described below:

3. **MONITORING:** Company agrees to provide monitoring service for a period of __36__ months from the above date. **This agreement shall automatically renew without action by either party under the same terms and conditions for successive periods equal to twelve (12) months unless either party gives to the other at least sixty (60) days written notice, prior to expiration date, of intention to terminate this Agreement upon any expiration date. Upon renewal, service will be billed at then-current monitoring fees.**

**RENEWAL TERM:** Each renewal period shall be limited to the maximum term allowed by state law. If not limited by State law, the above terms in Paragraph 3 will apply.

4. **MONITORING CHARGES:** Monthly monitoring charge of $__42.99__ plus applicable sales tax. [X] Includes [ ] Parts Only Warranty [X] **Parts and Labor Warranty** and is payable in advance and shall be paid [ ] Annually [ ] Quarterly (if paid quarterly an additional service charge of $3.00 per quarter shall apply).

**EARLY CANCELLATION:** Client may cancel prior to completion of primary or renewal term upon receipt of ninety percent (90%) of stated terms. Applicable for sale of home, death and transfers. All cancellation requests must be in writing.

5. **ELECTRONIC FUNDS TRANSFER (EFT) AUTHORIZATION:** The Client authorizes the Company to make EFT's from the Client's bank account for the amount of the monitoring, tax, or other alarm charges. The Client further agrees that if at any time the Client decides to discontinue the direct payment option, the client must notify the Company. The Company is not liable in any way for erroneous bill statements or incorrect debits to the Client's account and should an error occur, the Company's only responsibility is to correct it when and if it receives notice of the error from the Client. The Client further agrees that should any direct payment be returned, the client shall be liable for a $20.00 returned payment fee where permitted by law.

[ ] Check here to decline EFT Payment Option _____ Client's Signature if declined _____
Acct #: _____ Rtg #: _____ Exp Date: __3/16__ Card#: __3725 232851 23007__
Bank Name: _____ Billing Cycle: [ ] 1st [ ] 17th [ ]Visa [ ]MC [X]AmEx [ ]Bank/Debit/ATM Card

6. **EQUIPMENT TO BE INSTALLED**

| ITEM | QTY | RETAIL PRICE | RETAIL TOTAL | TOTAL PRICE |
|---|---|---|---|---|
| Panel/Keypad  Simon XT | 1 | $ | | |
| Door/Window | 3 | $ | | |
| Keyfob or Quick Touch Keypad | | $ | | |
| Motion | 1 | $ | | |
| Glassbreak | | $ | | |
| Smoke Detector | | $ | | |
| Sign Light | | $ | | |
| | | | | |
| | | | | |
| Cellular | 1 | | | |
| Installation Charge | | $ | | |
| Sales Tax | | $ | | |
| **Total Equipment and Installation Charges** | | $ | | $ |

7. **ADDITIONAL PROTECTION:** The need for additional protection of intrusion, fire/smoke, cellular, panic, duress, and medical emergency has been explained to the Client and the Client declines the offer to purchase additional equipment. _____ (Initials)

8. **EQUIPMENT CHARGES:**

| Special Note | |
|---|---|
| Total Equipment and Installation Charges | $ |
| Activation [ ] EFT/CC 3 mo x $33.00 [ ] EFT/CC $99.00 | $ |
| Balance Due | $ |

9. **SERVICE REPAIRS TO CLIENTS SYSTEM:** Unless otherwise indicated, the client understands that the monitoring fee covers only the monitoring service and client agrees to pay Company for all service or repairs to the alarm system. Client hereby agrees to periodically test, at least monthly, observe Client's system, be aware of its operational status in accordance with the operating instructions, and request service if needed.

10. **ENTIRE AGREEMENT:** It is agreed to and understood by the parties that this agreement constitutes the entire agreement by the parties and there are no verbal understandings changing or modifying any of the terms of this agreement. This agreement may not be changed, modified or varied except in writing and signed by an authorized representative of the Company. Client hereby acknowledges that he/she has read, received a copy of, and understands this entire agreement, including the attached Notice of Cancellation.

11. **INVALID PROVISIONS:** If any of the terms or provisions of this agreement shall be determined to be invalid or inoperative, all of the remaining terms and provisions shall remain in full force and effect.

12. **YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FOR AN EXPLANATION OF THIS RIGHT.**

Written By: _____ Client Signature: __M. Kelvia Carty__
Written By: _____ Client Signature: _____
Approval Date: _____ Date: __9/26/14__
(For office use only)

**READ TERMS AND CONDITIONS ON REVERSE SIDE**
License Numbers: NC 1265-CSA NCASLB 4901 Glenwood Avenue, Suite 200, Raleigh, NC 27612 Tel 919-788-5320 AL 12-7391 DE 09-165
FL EF20000405 GA LVA205938 MA 15842 MD 107-1551 MS 15013578 NJ 34BX00013300 RI 7625 SC BAC 13525 TX B1666I VA 11-7938

Contract #SHS-100 Revised 6/2012