# EXHIBIT D

August 4, 2017

Safe Home Security, Inc.
55 Sebethe Drive
Cromwell, CT 06416
RE: Discontinuation of Current Security System Monitoring

Dear Safe Home Security:

    I am providing notice that I will no longer need to utilize Safe Home Security, Inc. to monitor my alarm service. I recently discontinued use of my LAN line since all of my family members now utilize cell phones for communication and since my alarm dialed out via LAN line I have made the switch to an alarm system that communicates via a cellular signal. I will now be utilizing the monitoring service that accompanies the new security system. I received a contract renewal document on 6/6/2016 that was signed by Anthony Garcia, but I never signed the renewal document because at that point I could foresee doing away with my LAN line. Thank you for the great service that I received while I did utilize Safe Home Security for my monitoring needs.

Respectfully,

*[signature]*

Luther C. Oxendine

Encl.---Copy of front page of renewal notice