# EXHIBIT E

Send all correspondence to:

Safe Home Security, Inc.
1125 Middle Street
Middletown, CT 06457

For Billing Inquiries:  (800)833-3211
For Repair Service:   (800)833-3211

| STATEMENT DATE | CUSTOMER ID |
|---|---|
| 08/10/17 | 241590 |
| DATE DUE | |
| 09/01/17 | |

LUTHER OXENDINE

AL 1391 CT 00180152 DE 09-165 FL #EF20000405 MA #001263 MD 107-1551 MS 15013578 NY 12000243233 NJ 3BX00013300 RI 7625 TX B16661 NC 1265-CSA NCSSL,1631

| Transaction Date | Transaction Number | Transaction Type | Transaction Amount | Sales Tax | Description | Transaction Total |
|---|---|---|---|---|---|---|
|  |  |  |  |  | Previous Balance | 99.90 |
| 08/08/17 | 16313673 | Payment | -39.95 | 0.00 | Thank You For Your Payment | -39.95 |
| 08/10/17 | 16313673 | Invoice | 89.85 | 0.00 | Monitoring 08/01/17 - 12/01/17 | 89.85 |
| 08/10/17 | 16313673 | Invoice | 3.00 | 0.00 | Processing Fee | 3.00 |
| 08/10/17 | 16313673 | Invoice | 30.00 | 0.00 | Warranty 08/01/17 - 12/01/17 | 30.00 |

YOUR ACCOUNT IS PAST DUE.   Pay immediately and avoid a $10.00 late charge. A finance charge of 1.5% monthly (18% APR) is charged on unpaid balances.

| Ending Balance |
|---|
| 182.80 |



---

TO INSURE PROMPT CREDIT PLEASE RETURN THIS PORTION OF BILL WITH YOUR PAYMENT

Safe Home Security, Inc.
1125 Middle Street
Middletown, CT 06457

| CUSTOMER ID | DATE DUE | AMOUNT DUE | AMOUNT PAID |
|---|---|---|---|
| 241590 | 09/01/17 | 182.80 | |

☐ NOTE CHANGE OF ADDRESS
(Please enter changes on reverse side)



☐ Do you want to save time and money?
Check the box and fill in the required information on the reverse side to sign up for **Pre-authorized Payments** to pay your bill automatically.

Please enter your customer ID on your check and make payable to:

83 83 83 SFE 83
LUTHER OXENDINE
5397 OXENDINE SCHOOL RD
MAXTON, NC 28364-7017

SAFE HOME SECURITY, INC.
8278 INNOVATION WAY
CHICAGO, IL 60682-0082

827800241590 0000018280 0000009990 7

August 4, 2017

Safe Home Security, Inc.
55 Sebethe Drive
Cromwell, CT 06416
RE: Discontinuation of Current Security System Monitoring

Dear Safe Home Security:

    I am providing notice that I will no longer need to utilize Safe Home Security, Inc. to monitor my alarm service. I recently discontinued use of my LAN line since all of my family members now utilize cell phones for communication and since my alarm dialed out via LAN line I have made the switch to an alarm system that communicates via a cellular signal. I will now be utilizing the monitoring service that accompanies the new security system. I received a contract renewal document on 6/6/2016 that was signed by Anthony Garcia, but I never signed the renewal document because at that point I could foresee doing away with my LAN line. Thank you for the great service that I received while I did utilize Safe Home Security for my monitoring needs.

Respectfully,

*[signature]*

Luther C. Oxendine

Encl.---Copy of front page of renewal notice