# EXHIBIT F

[Photograph of a folded Alarm Monitoring Agreement from security one, with handwritten customer information partially visible.]

Partial readable content:

**Alarm Monitoring Agreement** — security one

Handwritten: 1-800-833-3211

**FINANCIAL DISCLOSURE STATEMENT**
THERE IS NO FINANCE CHARGE OR COST OF CREDIT (0% APR) ASSOCIATED WITH THIS AGREEMENT.

A. Number of Payments for the Original Term is 60
B. Amount of Each Payment is $ 49.99 (Total Monthly Fee from above)

Late Charge — Company may impose a one time late charge on each payment that is more than ten days past due, at the maximum amount permitted by law, up to $5.00.

**RIGHT TO CANCEL**
YOU, THE CUSTOMER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. PLEASE SEE THE ATTACHED NOTICE OF CANCELLATION FOR AN EXPLANATION OF THIS RIGHT.

**CUSTOMER RESPONSIBILITY TO READ AGREEMENT**
CUSTOMER ACKNOWLEDGES THAT THEY HAVE RECEIVED A COPY OF THIS AGREEMENT AND HAVE READ AND UNDERSTOOD ALL TERMS AND CONDITIONS INCLUDING THOSE CONTAINED ON THE REVERSE SIDE INCORPORATED BY REFERENCE HEREIN. THESE TERMS AND CONDITIONS INCLUDE DISCLAIMER OF WARRANTIES IN SECTION 5, A LIMITATION OF LIABILITY IN SECTION 6, A LIST OF CUSTOMER'S RESPONSIBILITIES IN SECTION 7, AND AN ARBITRATION CLAUSE IN SECTION 14. CUSTOMER AUTHORIZES PAYMENT BY THE METHOD SPECIFIED ABOVE.

Accepted and Copy Received by:

Customer Name (Please Print): Carol Ward
Customer Signature: Carol Ward
Date: 6-9-17
Social Security No.: [redacted]

Sales Representative Signature: _____ Date: _____

THIS AGREEMENT SHALL NOT BE BINDING UPON COMPANY UNLESS EITHER APPROVED IN WRITING BY AN OFFICER OF COMPANY OR COMPANY BEGINS MONITORING.

ACCEPTED BY COMPANY: _____ (Authorized Signature) Date: _____

**Company Use Only**
- Digital Monitoring   Account Number: _____   Special Services: _____   Date Installed: _____   Next Billing Date: _____
- Two-Way Voice



security one
11801 Wilshire Blvd, #500
Los Angeles, CA 90025
Phone: 1.888.584.3153
www.securityonline.com

**NOTICE OF CANCELLATION**

Date of Transaction: JUNE 9, 2017

You may cancel this transaction, without any penalty or obligation, within three business days from the above date. If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within ten business days following receipt by the seller of your notice, and any security interest arising out of the transaction will be cancelled. If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under this Alarm Monitoring Agreement and Schedule of Protection, or you may, if you wish, comply with the instructions of the seller regarding return shipment of the goods at the seller's expense and risk. If you do make the goods available to the seller and the seller does not pick them up within twenty days of the date of your notice of cancellation, you may retain or dispose of the goods without further obligation. If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract. To cancel...