UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RALUCA CARTY, DMD, LUTHER OXENDINE, and CAROL ARMSTRONG, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>SAFE HOME SECURITY, INC., a Connecticut corporation,<br><br>      Defendant. | Case No.: 18-cv-218 (AWT) |

**MOTION TO PERMIT BRYAN L. CLOBES TO APPEAR *PRO HAC VICE***

 Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned attorney hereby moves this Court to permit Bryan L. Clobes to appear *pro hac vice* in the above-referenced action on behalf of Plaintiffs Maria Raluca Carty, DMD, Luther Oxendine, and Carol Armstrong ("Plaintiffs").

 In accordance with the requirements of D. Conn. L. Civ. R. 83.1(d), the undersigned states the following:

 1. The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

 2. Bryan L. Clobes is counsel for Plaintiffs and is a partner of the law firm of Cafferty Clobes Meriwether & Sprengel LLP, 1101 Market Street, Suite 2650, Philadelphia, PA 19107; Telephone: 215-864-2800; Facsimile: 215-864-2810; and Email: bclobes@caffertyclobes.com.

 3. Bryan L. Clobes is a member in good standing of the bars of the State of New Jersey and Pennsylvania, and is also admitted to practice before the United States District Court

for the District of New Jersey, and the United States District Court for the Eastern District of Pennsylvania.

4.       Bryan L. Clobes has not been denied admission or disciplined by this Court or any other court.

5.       Bryan L. Clobes has fully reviewed and is familiar with the Local Civil Rules of the United States District Court for the District of Connecticut.

6.       The undersigned counsel, Joseph P. Guglielmo, a partner of Scott+Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, will participate in this action and will provide a local office as required by D. Conn. L. Civ. R. 83.1(c).

7.       The payment of the fee of $75.00 is submitted with this Motion pursuant to D. Conn. L. R. Civ. 83.1(d)(3).

8.       A Declaration by Bryan L. Clobes in support of this Motion is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs respectfully request that the Court grant the instant Motion to Permit NAME to Appear *Pro Hac Vice*, dated March 14, 2018.

Dated:  March 14, 2018                         Respectfully submitted,
                                                                     **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                                                     /s/ *Joseph P. Guglielmo*
                                                                     JOSEPH P. GUGLIELMO (CT 27481)
                                                                     The Helmsley Building
                                                                     230 Park Avenue, 17th Floor
                                                                     New York, NY 10169
                                                                     Telephone:  212-223-6444
                                                                     Facsimile:   212-223-6334
                                                                     Email: jguglielmo@scott-scott.com

                                                                     *Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 14, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

     /s/ *Joseph P. Guglielmo*
     JOSEPH P. GUGLIELMO (CT 27481)