UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RALUCA CARTY, DMD, LUTHER OXENDINE, and CAROL ARMSTRONG, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>SAFE HOME SECURITY, INC., a Connecticut corporation,<br><br>　　　　　　　　Defendant. | Case No.: 18-cv-218 (AWT) |

**MOTION TO PERMIT DANIEL O. HERRERA TO APPEAR *PRO HAC VICE***

　　Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned attorney hereby moves this Court to permit Daniel O. Herrera to appear *pro hac vice* in the above-referenced action on behalf of Plaintiffs Maria Raluca Carty, DMD, Luther Oxendine, and Carol Armstrong ("Plaintiffs").

　　In accordance with the requirements of D. Conn. L. Civ. R. 83.1(d), the undersigned states the following:

　　1.　　The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

　　2.　　Daniel O. Herrera is counsel for Plaintiffs, and is a partner of the law firm of Cafferty Clobes Meriwether & Sprengel LLP, 150 South Wacker Drive, Suite 3000, Chicago, IL 60606; Telephone: (312)782-4880; Facsimile: (312)782-4880; Email: dherrera@caffertyclobes.com.

3. Daniel O. Herrera is a member in good standing of the bar of the State of Illinois, and is also admitted to practice before the United States District Court for the Northern District of Illinois.

4. Daniel O. Herrera has not been denied admission or disciplined by this Court or any other court.

5. Daniel O. Herrera has fully reviewed and is familiar with the Local Civil Rules of the United States District Court for the District of Connecticut.

6. The undersigned counsel, Joseph P. Guglielmo, a partner of Scott+Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, will participate in this action and will provide a local office as required by D. Conn. L. Civ. R. 83.1(c).

7. The payment of the fee of $75.00 is submitted with this Motion pursuant to D. Conn. L. R. Civ. 83.1(d)(3).

8. A Declaration by Daniel O. Herrera in support of this Motion is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs respectfully request that the Court grant the instant Motion to Permit Daniel O. Herrera to Appear *Pro Hac Vice*, dated March 14, 2018.

Dated:  March 14, 2018					Respectfully submitted,
						**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

						/s/ *Joseph P. Guglielmo*
						JOSEPH P. GUGLIELMO (CT 27481)
						The Helmsley Building
						230 Park Avenue, 17th Floor
						New York, NY 10169
						Telephone:  212-223-6444
						Facsimile:   212-223-6334
						Email: jguglielmo@scott-scott.com
						*Counsel for Plaintiffs and the Putative Class*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 14, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

               /s/ *Joseph P. Guglielmo*
               JOSEPH P. GUGLIELMO (CT 27481)