UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RALUCA CARTY, DMD, LUTHER OXENDINE, and CAROL ARMSTRONG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFE HOME SECURITY, INC, a Connecticut Corporation,<br><br>Defendant. | CASE NO.: 3:18CV218 (AWT)<br><br><br><br>MAY 4, 2018 |

## MOTION TO DISMISS UNDER FRCP R. 12(b)(6) AND STRIKE PLAINTIFFS' CLASS ALLEGATIONS UNDER FRCP R. 12(f)

Pursuant to Fed. R. Civ. Proc. R. 12(b)(6) and R. 12(f), the Defendant, Safe Home Security, Inc., respectfully moves this Court to dismiss and/or strike the Plaintiffs' claim as follows:

1) The Court should strike Plaintiffs' nationwide class allegations under CUTPA (Counts 1 and 2) pursuant to FRCP R. 12(f).

2) The Court should dismiss Plaintiffs' Connecticut, Michigan, North Carolina, and Missouri consumer protection causes of action (Counts 1, 2, 6, 7, 8, and 9) under FRCP R. 12(b)(6).

3) The Court should strike Plaintiffs' breach of the duty of good faith and fair dealing and breach of contract causes of action (Counts 3 and 4) pursuant to FRCP R. 12(f).

1

4) The Court should dismiss Plaintiffs' claim for breach of contract on behalf of Plaintiff Carty and the putative Michigan subclass (Count 4) under FRCP R. 12(b)(6).

5) Dismiss Plaintiffs' unjust enrichment claim (Count 5) under FRCP R. 12(b)(6).

A Memorandum of Law in Support of this Motion is appended hereto.

DATED:   May 4, 2017

*THE DEFENDANT,*
*SAFE HOME SECURITY, INC.*

BY  /s/ Keith R. Rudzik
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail:krr@hksflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, a copy of the foregoing was filed electronically [and served by mail or anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

BY  /s/ Keith R. Rudzik
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail: krr@hksflaw.com