UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA RALUCA CARTY, DMD, LUTHER OXENDINE, and CAROL ARMSTRONG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFE HOME SECURITY, INC, a Connecticut Corporation,<br><br>Defendant. | CASE NO.: 3:18CV218 (AWT)<br><br><br><br>May 11, 2018 |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.1(d)(1)(a), and the annexed affidavit, the undersigned, a member in good standing of the Bar of the State of Connecticut, hereby moves to grant permission to Attorney Joseph Lipari, Esq. of The Sultzer Law Group, P.C., 14 Wall Street, 20th Floor, New York, New York 10005 [telephone (212) 618-1938, facsimile (888) 749-7747; email liparij@TheSultzerLawGroup.com] appear *pro hac vice* on behalf of Safe Home Security, Inc. (Safe Home Security) in this lawsuit and to permit him to participate in all matters, related to this case, including any oral proceedings and trials, which arise during the representation of Safe Home Security.

In support of this motion, the undersigned represents:

Joseph Lipari was admitted to practice law in the State of New York in 2004. He was admitted to practice law in the State of New Jersey in 2002. He was admitted to practice law in the State of Pennsylvania in 2012. He was admitted to practice law before the Eastern District of New York in 2013. He was admitted to practice law before the Southern District of New York in 2006. He was admitted to practice law before the Northern District of New York in 2007. He

was admitted to practice law before the United States District Court for New Jersey in 2002. *See Affidavit of Joseph Lipari* ("Attorney Affidavit") at ¶¶ 1-7.

Attorney Joseph Lipari is a member in good standing in New York, New Jersey, and Pennsylvania, as well as in the Eastern District of New York, the Southern District of New York, the Northern District of New York and the United States District Court of New Jersey, and is in good standing in every Court in which he is admitted. *See Attorney Affidavit* at ¶¶ 1-7.

Attorney Joseph Lipari has no grievances pending against him in any Court in which he is admitted to practice. *See Attorney Affidavit* at ¶ 9.

Attorney Joseph Lipari has not been reprimanded, suspended, placed on inactive status, disbarred or ever resigned from the practice of law in any other Court. *See Attorney Affidavit*, at ¶ 10.

In accordance with Local Rule 83.1(d)(1)(e), Attorney Joseph Lipari agrees to designate Attorney Keith R. Rudzik, of the law firm of Howard, Kohn, Sprague and FitzGerald, LLP, as his agent upon whom process and service of notice may be served, and agrees that the District of Connecticut will be the forum for the resolution of any dispute arising out of my admission. *See Attorney Affidavit*, at ¶ 6.

Attorney Joseph Lipari further states that he has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct. *See Attorney Affidavit*, at ¶ 7.

The applying attorney, Joseph Lipari, is counsel in the firm of The Sultzer Law Group, P.C., 14 Wall Street, 20th Floor, New York, New York 10005, is counsel for Safe Home, and is familiar with the allegations and facts at issue in this litigation. In the course of his work for Safe Home, Attorney Joseph Lipari has acquired specialized skill and knowledge regarding the

issues that are likely to be raised in this type of litigation, which skill and knowledge will benefit Safe Home in defense of this lawsuit. Because of his experience, and the trust placed in him by Safe Home, he has been requested by Safe Home to personally represent its interests in this action. *See Attorney Affidavit*, at ¶¶ 8, 13.

Pursuant to the provisions of Local Rule 83.1(d), an Affidavit signed by the applicant is attached as **Exhibit A**.

WHEREFORE, the undersigned respectfully moves that this Court allow Joseph Lipari to participate in this litigation involving Safe Home *pro hac vice*.

DEFENDANT,

By:  /s/ 418849
Keith R. Rudzik, Esq.
Howard, Kohn, Sprague & FitzGerald
237 Buckingham Street
Hartford, Connecticut  06106
(860) 525-3101; Juris No. 28160

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2018, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      BY  */s/ Keith R. Rudzik*
Keith R. Rudzik, Esq.
Fed. Bar. #: ct24007
Howard, Kohn, Sprague & FitzGerald LLP
Post Office Box 261798
Hartford, Connecticut  06126-1798
Phone: (860) 525-3101
Fax: (860) 247-5201
E-mail: krr@hksflaw.com